# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES MARISCHLER and SELENA MARISCHLER, natural parents of I.M., deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 13-cv-00651-JTM |
| v. | )<br>) |
| BABY MATTERS LLC, d/b/a BABY MATTERS and/or NAP NANNY, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 22nd day of April, 2014, the Plaintiffs acknowledge and report receipt of settlement proceeds, satisfaction of same, distribution of same pursuant to the Court's Order and Judgment Approving Wrongful Death Settlement and Allocation of Proceeds, and moves to dismiss this matter with prejudice. Accordingly, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.


        */s/ John T. Maughmer*
        **John T. Maughmer**
        **United States Magistrate Judge**